*Guttormsen et al., Petitioners, v. Aurora Bank et al., Respondents*, No. 92185-7. Petition for review of a decision of the Court of Appeals, No. 72506-8-I, August 3, 2015, 189 Wn. App. 1019. *Denied* February 10, 2016.

*Barkley, Petitioner, v. JPMorgan Chase Bank et al., Respondents*, No. 92187-3. Petition for review of a decision of the Court of Appeals, No. 72051-1-I, August 10, 2015, 190 Wn. App. 58. *Denied* February 10, 2016.

*State, Petitioner, v. Irby, Respondent*, No. 92191-1. Petition for review of a decision of the Court of Appeals, No. 70418-4-I, April 20, 2015, 187 Wn. App. 183. *Denied* February 10, 2016.

*Archdale, Petitioner, v. O'Danne, Respondent*, No. 92199-7. Petition for review of a decision of the Court of Appeals, No. 71905-0-I, July 6, 2015, 188 Wn. App. 1038. *Denied* February 10, 2016.

*State, Respondent, v. Afeworki, Petitioner*, No. 92205-5. Petition for review of a decision of the Court of Appeals, No. 70762-1-I, August 10, 2015, 189 Wn. App. 327. *Denied* February 10, 2016.

*Bowman, Petitioner, v. Suntrust Mortg. et al., Respondents*, No. 92211-0. Petition for review of a decision of the Court of Appeals, No. 70706-0-I, August 10, 2015, 189 Wn. App. 1024. *Denied* February 10, 2016.

*Heinzig et al., Petitioners, v. Seok Hwang et al., Respondents*, No. 92212-8. Petition for review of a decision of the Court of Appeals, No. 72269-7-I, June 29, 2015, 189 Wn. App. 304. *Denied* February 10, 2016.

*State, Respondent, v. Jones, Petitioner*, No. 92213-6. Petition for review of a decision of the Court of Appeals, No. 32182-7-III, June 9, 2015, 188 Wn. App. 1014. *Denied* February 10, 2016.